| | |
|---|---|
| DEFENDANT: | LADELL SCARBOROUGH |
| AGE or YOB: | 2002 |
| COMPLAINT FILED? | _____ Yes    ___X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER: |
| OFFENSE(S): | Counts 1 and 2:  Knowing Theft of Firearms from a Licensee, 18 U.S.C. § 922(u). |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Counts 1 and 2:  NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment. |
| AGENT: | Seth Gilluly<br>SA, ATF |
| AUTHORIZED BY: | Dorothy Wilson<br>Special Assistant United States Attorney |

ESTIMATED TIME OF TRIAL:

 X   five days or less; __ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.

1